ALFRED ORLIK, INC., v. JOHN SURREY, LTD., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present— Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante*, p. 932.]

FIDELITY AND GUARANTY INSURANCE CORPORATION v. FREDERICK E. M. BALLON. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present— Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante*, p. 932.]

LOUIS GREENBERG, INC., v. PIONEER SYNDICATE, INC., et al.— Motion for reargument denied, with $10 costs. Present— Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 294.]

LOUIS GREENBERG, INC., v. PIONEER SYNDICATE, INC., et al.— Defendant's motion for reargument granted to the extent of deleting from the final paragraph of the opinion of this court the word and figures "$337.71 and $121.23" and substituting therefor the word and figures "1,852.53 and $607.84", and in all other respects the motion is denied. Settle order on notice. Present— Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 294.]

H. SCHECHTMAN & CO., INC., v. LEON BRENNER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present— Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ. [See *ante*, p. 868.]

JEROME T. HUBERMAN v. NATIONAL CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present— Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante*, p. 933.]

CENTRAL PUBLISHING COMPANY, INC., v. GAENELLE WITTMAN et al.— Motion for reargument denied, with $10 costs. Present— Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See *ante*, pp. 492, 871.]

INTERSTATE MOTOR FREIGHT SYSTEM v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present— Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante*, p. 932.]

HARRY L. ROBERTS v. HERBERT H. SEGERMAN et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present— Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ. [See *ante*, p. 867.]

THOMAS J. BATA et al. v. JAN A. BATA.— Motion for resettlement denied, with $10 costs. Present— Dore, J. P., Cohn, Callahan and Breitel, JJ. [See *ante*, p. 773.]